IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LORRAINE W. LEE | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| MANOR RESOURCES, LLC | : | NO. 16-3404 |

## OR D E R

**AND NOW, TO WIT,** this 11th day of August, 2016, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that the above action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

**LUCY V. CHIN**, Interim Clerk of Court

**BY: S/Eileen Adler**
Eileen Adler, Courtroom Deputy
Honorable Stewart Dalzell

Civ 2 (8/2000)
41(b).frm